1  Richard Salkow, Esq. (SBN 204572)
   SALKOW LAW
2  11620 Wilshire Boulevard
   Suite 900-012
3  Los Angeles, CA 90025
4  Tel: (310) 914-8484
   Fax: (310) 914-0079
5
   Attorneys for Plaintiff(s), Pamela Hernandez
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:07cv2077 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| PAMELA HERNANDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), Pamela Hernandez and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

1  DATED: August 31, 2009     SALKOW LAW

2

3                              By: _____
                                   Richard Salkow
4                              Attorneys for Plaintiff(s), Pamela Hernandez

5  DATED: Oct. 22, 2009        DLA PIPER LLP (US)

6

7                              By: ___/s/_____
                                   Matt Holian
8                              Attorneys for Defendants

9

10

11  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

12

13  Dated: OCT 2 8 2009         _____
                                Hon. Charles R. Breyer
14                              United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE